**Thomas John LEWIS, Appellant,**

v.

**UNITED STATES of America, Appellee.**

No. 04–1410.

United States Court of Appeals, Eighth Circuit.

Submitted: Dec. 7, 2004.

Decided: Dec. 15, 2004.

Thomas John Lewis, Rapid City, SD, pro se.

Diana J. Ryan, U.S. Attorney's Office, Rapid City, SD, for Defendant–Appellee.

Before BYE, MELLOY, and COLLOTON, Circuit Judges.

PER CURIAM.

Thomas Lewis appeals the district court's[1] adverse grant of summary judgment in his medical malpractice action brought under the Federal Tort Claims Act, 28 U.S.C. § 2671, *et seq.* After careful de novo review of the record, *see Bellecourt v. United States*, 994 F.2d 427, 430 (8th Cir.1993), we conclude that summary judgment was not granted prematurely, and that the issue of costs is premature as no costs have been awarded. We affirm

1. The Honorable Karen E. Schreier, United States District Judge for the District of South Dakota.

the merits for the reasons stated by the district court. *See* 8th Cir. R. 47B.